**DISMISS; Opinion Filed September 23, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00035-CV

### SDC INVESTMENTS, LP D/B/A EWING VILLAS APARTMENTS, AND EWING TOWNHOMES, LLC, Appellants
### V.
### DIXIE CARPET INSTALLATIONS, INC., Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-09-09473-B**

## MEMORANDUM OPINION
Before Justices O'Neill, Lang-Miers, and Evans
Opinion by Justice Evans

Before the Court is appellants' September 16, 2013 motion to dismiss the appeal. Appellants inform us that they seek this dismissal because the parties have resolved all matters between them relating to the appeal. Accordingly, we grant appellants' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/David Evans/

DAVID EVANS

120035F.P05                          JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SDC INVESTMENTS, LP D/B/A EWING
VILLAS APARTMENTS AND EWING
TOWNHOMES, LLC, Appellants

No. 05-12-00035-CV        V.

DIXIE CARPET INSTALLATIONS, INC.,
Appellee

On Appeal from the County Court at Law
No. 2, Dallas County, Texas
Trial Court Cause No. CC-09-09473-B.
Opinion delivered by Justice Evans,
Justices O'Neill and Lang-Miers
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 23rd day of September, 2013.

/David Evans/
DAVID EVANS
JUSTICE

–2–